Rosa PEPE, as Administratrix ad Prose-
quendum of John Pepe, deceased,
Appellant in No. 14375,

v.

LAKE TRANQUILITY COUNTRY CLUB,
Appellant in No. 14376.

Nos. 14375, 14376.

United States Court of Appeals
Third Circuit.

Argued Oct. 7, 1963.

Decided Oct. 16, 1963.

Harry C. Chashin, Paterson, N. J.
(Marcus & Levy and John Selawsky, Pat-
erson, N. J., on the brief), for appellant
in No. 14375 and appellee in No. 14376.

H. Curtis Meanor, Jersey City, N. J.
(Lamb, Blake, Hutchinson & Dunne and
Arthur J. Blake, Jersey City, N. J., on
the brief), for appellee in No. 14375 and
appellant in No. 14376.

Before KALODNER, STALEY, and
SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no er-
ror. The judgment of the District Court
entered December 11, 1962 pursuant to
the jury's verdict will be affirmed.

Flora GOLDMAN, Plaintiff-Appellee,

v.

Solomon E. SHAHMOON et al.,
Defendants-Appellants.

No. 129, Docket 28370.

United States Court of Appeals
Second Circuit.

Argued Oct. 18, 1963.

Decided Oct. 18, 1963.

Sidney L. Garwin, New York City,
for plaintiff-appellee.

Julius Zizmor, New York City, for de-
fendants-appellants.

Before WATERMAN, HAYS and
MARSHALL, Circuit Judges.

PER CURIAM.

In open court we affirm the judgment
below.

Hazel M. MEERDINK

v.

Irma OTT

v.

The AETNA CASUALTY & SURETY
COMPANY, Appellant.

No. 14364.

United States Court of Appeals
Third Circuit.

Argued Sept. 26, 1963.

Decided Oct. 18, 1963.

See also 3 Cir., 307 F.2d 721.

John A. Spaeder, Erie, Pa. (Marsh,
Spaeder, Baur, Spaeder & Schaaf, Erie,
Pa., on the brief), for appellant.

John M. Feeney, Pittsburgh, Pa.
(Thomas L. Cooper, McArdle, Harring-
ton & McLaughlin, Pittsburgh, Pa., on
the brief), for appellee.

Before BIGGS, Chief Judge, and
KALODNER and GANEY, Circuit Judg-
es.

PER CURIAM.

We have examined the record and have
weighed the arguments of counsel for the
respective parties. We can perceive no
error in the proceedings in the court be-
low and we find the appeal lacking in
merit. The judgment will be affirmed.